1  MARK MAUSERT, ESQ.
   NSB 2398
2  MARK MAUSERT LAW OFFICE
   930 Evans Avenue
3  Reno, Nevada 89512
   Telephone:  (775) 786-5477
4  Facsimile:  (775) 786-9658

5  Attorney for Plaintiff
   Wanda Adomeit

8                    UNITED STATES DISTRICT COURT

9                         DISTRICT OF NEVADA

11 WANDA ADOMEIT,                    Case No. : 3:17-cv-00182-RCJ-VPC

12         Plaintiff,

13 vs.                               **STIPULATION AND ORDER TO DISMISS
                                     WITH PREJUDICE**
14 UNION PACIFIC RAILROAD,
   COMPANY and DOES I-X,
15
           Defendant.

   Plaintiff, WANDA ADOMEIT, and Defendant, UNION PACIFIC RAILROAD, COMPANY, by and through their respective counsel of record, hereby stipulate and respectfully request an order dismissing the entire action with prejudice.

   ///
   ///
   ///
   ///
   ///
   //
   ///
   ///

Each party shall bear its own costs and fees for the claims dismissed by this Stipulation and Order.

Dated: August 10th, 2017.

Respectfully submitted,

_/s/ Mark Mausert_____
MARK MAUSERT, ESQ.
930 Evans Avenue
Reno, NV 89512

Attorney for Plaintiff
WANDA ADOMEIT

Dated: August 10th, 2017.

Respectfully submitted,

__/s/ Scott M. Mahoney_____
SCOTT M. MAHONEY, ESQ.
ALLISON L. KHEEL, ESQ.
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101

Attorney for Defendant
UNION PACIFIC RAILROAD COMPANY

**ORDER**

**IT IS SO ORDERED.**

DATED: This 15th day of August, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE

2.